# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN METZGER and KRISTINA METZGER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>IMEDEX, INC., a corporation,<br><br>Defendant. | CASE NO. 15cv1919-GPC(KSC)<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(2)**<br><br>[Dkt. Nos. 29, 31.] |

On August 31, 2015, Plaintiffs, with counsel, filed their complaint, individually and behalf of all others similarly situated. (Dkt. No. 1.) Defendant filed an answer to the complaint on February 16, 2016. (Dkt. No. 8.) On October 4, 2016, the Court granted Plaintiffs' counsel's motion to withdraw. (Dkt. No. 28.) As such, on October 17, 2016, Defendant filed a motion to dismiss. (Dkt. No. 29.)

On November 1, 2016, Plaintiffs John and Kristina Metzger, proceeding pro se, filed a motion to dismiss the complaint without prejudice. (Dkt. No. 31.) Once a defendant has filed an answer, a plaintiff cannot dismiss without leave of court and dismissal must be sought under Federal Rule of Civil Procedure ("Rule") 41(a)(2). Under Rule 41(a)(2), "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." Fed. R. Civ. P. 41(a)(2). The district court has discretion whether to grant a voluntary dismissal under Rule 41(a)(2).

1  Sams v. Beech Aircraft Corp., 625 F.2d 273, 277 (9th Cir. 1980).  The Rule allows a
2  plaintiff to dismiss an action without prejudice as long as the defendant will not be
3  prejudiced or unfairly affected by the dismissal.  Stevedoring Servs. of America v.
4  Armilla Intern'l B.V., 889 F.2d 919, 921 (9th Cir. 1989).  After a review of the case,
5  and the pending motion to dismiss filed by Defendant, the Court concludes that
6  Defendant will not be prejudiced by the dismissal.  Thus, the Court GRANTS
7  Plaintiffs' motion to dismiss pursuant to Federal Rule of Civil Procedure 41(a)(2).  As
8  such, the Court DENIES Defendant's motion to dismiss as moot.  The Clerk of Court
9  is directed to close the case.

10      IT IS SO ORDERED.

12  DATED:  November 1, 2016

          _____
          HON. GONZALO P. CURIEL
          United States District Judge